UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 92-301-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

TERRENCE TOWNS, a/k/a
TERRY REESE,

        Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Superseding Petition for Warrant or Summons for Offender Under Supervision. DE 474.

The matter was referred to Magistrate Judge McAliley, who on November 15, 2006 issued a Report recommending the revocation of Defendant's supervised release based on Defendant's violations of his supervised release conditions. DE 473. The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 473) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of December 2006.

                                URSULA UNGARO-BENAGES
                                UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record